UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVAR BROWN,<br><br>          Petitioner,<br><br>          v.<br><br>W. MUNIZ,<br><br>          Respondent. | Case No. CV 18-50 VAP(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss the Petition and all documents submitted by the parties in connection therewith, the October 3, 2018 Original Report and Recommendation of United States Magistrate Judge ("Original Report and Recommendation"), petitioner's response to the Original Report and Recommendation which has been construed to be a Motion to Stay, all documents submitted by the parties in connection with the Motion to Stay, the December 28, 2018 Superseding Report and Recommendation of United States Magistrate Judge ("Superseding Report and Recommendation"), and all of the records herein. The Court approves and accepts the Superseding Report and Recommendation.

1

THE COURT HEREBY FINDS that Ground Two of the Petition is unexhausted and that the Petition is "mixed."

THE COURT HEREBY ORDERS: (1) The Motion to Stay is denied; (2) Unless petitioner seeks to amend the Petition to delete the unexhausted claim (Ground Two) within fourteen (14) days of the entry of this Order, the Motion to Dismiss is granted, the Petition and this action are dismissed, and the Clerk shall enter judgment accordingly thirty (30) days from the entry of this Order absent further order of the Court; and (3) If petitioner timely seeks to amend the Petition to delete the unexhausted claim (Ground Two), the Petition is amended to delete the unexhausted claim (Ground Two), the Motion to Dismiss is denied as moot, and respondent shall file a response to the remaining exhausted claim (Ground One) within thirty (30) days of the entry of this Order absent further order of the Court.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and any Judgment on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: February 7, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
CHIEF, UNITED STATES DISTRICT JUDGE