UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVAR BROWN,<br><br>              Petitioner,<br><br>        v.<br><br>W. MUNIZ,<br><br>              Respondent. | Case No. CV 18-50 VAP(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order (1) Re "Mixed" Nature of Operative Second Amended Petition and Petitioner's Failure to Seek Amendment Thereof; (2) Granting Motion to Dismiss (Docket No. 23) and Dismissing Operative Second Amended Petition and Action; and (3) Directing Clerk to Enter Judgment Accordingly, IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

    DATED: March 21, 2019

                                    _____
                                    HONORABLE VIRGINIA A. PHILLIPS
                                    CHIEF, UNITED STATES DISTRICT JUDGE